**LOCAL BANKRUPTCY FORM NO. 6**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 10-11272-TPA |
| | : | |
| **David L. Patsy** | : | Chapter No. 13 |
| **Kim L. Patsy** | : | |
| | : | |
| **Debtors** | : | |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

- \_\_\_\_\_ Voluntary Petition *Specify reason for amendment:*
- \_\_\_\_\_ Official Form 6 Schedules (Itemization of Changes Must Be Specified)
- \_\_\_\_\_ Summary of Schedules
- \_\_\_\_\_ Schedule A – Real Property
- \_\_\_\_\_ Schedule B – Personal Property
- \_\_\_\_\_ Schedule C – Property Claimed as Exempt
- \_\_\_\_\_ Schedule D – Creditors holding Secured Claims
    - Check One:
        - \_\_\_\_\_ Creditor(s) Added
        - \_\_\_\_\_ NO creditor(s) Added
        - \_\_\_\_\_ Creditor(s) Deleted
- \_\_\_\_\_ Schedule E – Creditors Holding Unsecured Priority Claims
    - Check One:
        - \_\_\_\_\_ Creditor(s) Added
        - \_\_\_\_\_ NO creditor(s) Added
        - \_\_\_\_\_ Creditor(s) Deleted
- \_\_\_\_\_ Schedule F – Creditors Holding Unsecured Nonpriority Claims
    - Check One:
        - \_\_\_\_\_ Creditor(s) Added
        - \_\_\_\_\_ NO creditor(s) Added
        - \_\_\_\_\_ Creditor(s) Deleted
- \_\_\_\_\_ Schedule G – Executory Contracts and Unexpired Leases
    - Check One:
        - \_\_\_\_\_ Creditor(s) Added
        - \_\_\_\_\_ NO creditor(s) Added
        - \_\_\_\_\_ Creditor(s) Deleted
- \_\_\_\_\_ Schedule H – Codebtors
- __X__ Schedule I – Current Income of Individual Debtor(s)
- __X__ Schedule J – Current Expenditures of Individual Debtor(s)
- \_\_\_\_\_ Statement of Financial Affairs
- \_\_\_\_\_ Chapter 7 Individual Debtor's Statement of Intention
- \_\_\_\_\_ Chapter 11 List of Equity Security Holders
- \_\_\_\_\_ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
- \_\_\_\_\_ Disclosure of Compensation of Attorney for Debtor(s)
- \_\_\_\_\_ Other: _____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**
Pursuant to Fed.R.Bankr.P.1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

Date: February 28, 2011

/s/ Jason J. Mazzei, Esquire
Jason J. Mazzei, Esquire
P.A. ID. No. 83775
MAZZEI & ASSOCIATES
Professional Office Building
432 Bvld. Of the Allies
Pittsburgh, PA 15219
Tel: 412-765-3606

**B6I (Official Form 6I) (12/07)**

In re **David L. Patsy / Kim L. Patsy**, Debtor(s)     Case No. **10-11272**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Daughter / Granddaughter** | AGE(S): **10 Years / 6 Years** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Retired** | **Self-Employed** |
| Name of Employer | **Retired** | |
| How long employed | **2 Months** | **6 Years** |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 626.25 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): **See Detailed Income Attachment** | $ 2,623.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): **2009 Prorated Income Tax Refund** | $ 273.50 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 2,896.50 | $ 626.25 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 2,896.50 | $ 626.25 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 3,522.75 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **Retired as January 12, 2011**

**B6I (Official Form 6I) (12/07)**

In re **David L. Patsy / Kim L. Patsy**, Debtor(s)     Case No. **10-11272**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Income Attachment

**Social Security or other government assistance:**

| | | |
|---|---:|---:|
| VA Disability | $ 123.00 | $ 0.00 |
| SSI | $ 1,500.00 | $ 0.00 |
| Daughters SSI | $ 1,000.00 | $ 0.00 |
| **Total Social Security or other government assistance** | **$ 2,623.00** | **$ 0.00** |

B6J (Official Form 6J) (12/07)

In re **David L. Patsy / Kim L. Patsy**, Debtor(s)  Case No. **10-11272**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | Amount |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 0.00 |
|   a. Are real estate taxes included? Yes ___ No **X** | |
|   b. Is property insurance included? Yes ___ No **X** | |
| 2. Utilities: a. Electricity and heating fuel | $ 300.00 |
|         b. Water and sewer | $ 72.00 |
|         c. Telephone | $ 0.00 |
|         d. Other **See Detailed Expense Attachment** | $ 339.00 |
| 3. Home maintenance (repairs and upkeep) | $ 50.00 |
| 4. Food | $ 600.00 |
| 5. Clothing | $ 300.00 |
| 6. Laundry and dry cleaning | $ 60.00 |
| 7. Medical and dental expenses | $ 0.00 |
| 8. Transportation (not including car payments) | $ 260.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 180.00 |
| 10. Charitable contributions | $ 90.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ 40.00 |
|     b. Life | $ 86.92 |
|     c. Health | $ 0.00 |
|     d. Auto | $ 150.00 |
|     e. Other **Cancer Insurance** | $ 20.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) **Real Estate Tax** | $ 160.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ 0.00 |
|     b. Other | $ 0.00 |
|     c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 99.94 |
| 17. Other | $ 0.00 |
|     Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 2,807.86 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ 3,522.75 |
| b. Average monthly expenses from Line 18 above | $ 2,807.86 |
| c. Monthly net income (a. minus b.) | $ 714.89 |

**B6J (Official Form 6J) (12/07)**

In re **David L. Patsy / Kim L. Patsy**, Debtor(s)   Case No. **10-11272**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| **Cable/Landline Telephone/Internet** | $ **140.00** |
| **Cellular Telephones** | $ **182.00** |
| **Trash** | $ **17.00** |
| **Total Other Utility Expenditures** | $ **339.00** |