# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA (Erie)

| | |
|---|---|
| IN RE: | Case No.: 10-11272 |
| Debtors: David L. Patsy and Kim L. Patsy | Loan Number (Last 4): 5447 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| DLJ Mortgage Capital, Inc. | LSF9 Master Participation Trust |
| Serviced by Select Portfolio Servicing, Inc. | c/o Caliber Home Loans, Inc. |
| Name of Transferee | Name of Transferor |
| 3815 South West Temple | Court Claim # (if known): 5 |
| Salt Lake City, UT 84115 | Amount of Claim: $58,763.41 |
| | Date Claim Filed: 11/15/2010 |
| Phone: 800-258-8602 | Last Four Digits of Acct #: 5137 |
| Last Four Digits of Acct #: 5447 | |

Name and Address where transferee payments should be sent (if different from above):

PO Box 65450
Salt Lake City, UT 84165

Phone: 800-258-8602
Last Four Digits of Acct #: 5447

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ MaryAnn Bride                         Date: 05/29/2015
      Banruptcy Manager

Specific Contact Information:
P: 800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

465488-bf20a341-3673-4aec-a9bc-8deffb03c46f